# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

Marilyn B. Cavanaugh

    Debtor                                  Case No. 20-10485-ja13

## NOTICE OF WITHDRAWAL OF SECURED CREDITOR CITIMORTGAGE, INC., ITS ASSIGNEES AND/OR SUCCESSORS, BY AND THROUGH ITS SERVICING AGENT CENLAR FSB' PROOF OF CLAIM DATED MAY 11, 2020

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), US TRUSTEE, AND ALL INTERESTED PARTIES:

    PLEASE TAKE NOTICE that CitiMortgage, Inc., its assignees and/or successors, by and through its servicing agent Cenlar FSB, hereby withdraws its Proof of Claim No. 9-1, in the amount of $154,682.26, and dated May 11, 2020.

DATED: 7/8/2020

                                            /s/ Stephanie Schaeffer
                                            Stephanie Schaeffer, Esq.
                                            Attorneys for CitiMortgage, Inc., its
                                            assignees and/or successors, by and
                                            through its servicing agent Cenlar FSB

File No. NM-20-161448
Notice of Withdrawal of Claim, Case No. 20-10485-ja13
Case 20-10485-j13   Doc 31   Filed 07/08/20   Entered 07/08/20 15:54:42 Page 1 of 2

# CERTIFICATE OF SERVICE

On 7/8/2020, I served the foregoing NOTICE OF WITHDRAWAL OF SECURED CREDITOR CITIMORTGAGE, INC.'S PROOF OF CLAIM on the following individuals by electronic means through the Court's ECF program

| **DEBTOR(S) COUNSEL** | **CASE TRUSTEE** |
|---|---|
| Joel Alan Gaffney | Tiffany M. Cornejo |
| joel@gaffneylaw.com | courtemail@ch13nm.com |

    /s/ Raquel Rivera
    Raquel Rivera

On 7/8/2020, I served the foregoing NOTICE OF WITHDRAWAL OF SECURED CREDITOR CITIMORTGAGE, INC.'S PROOF OF CLAIM on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Marilyn B. Cavanaugh, 21 Castle Rock Rd SE, Rio Rancho, NM 87124

US TRUSTEE
PO Box 608, Albuquerque, NM 87103-0608

BORROWER(S)
Richard Cavanaugh, 21 Castle Rock Rd Se, Rio Rancho, NM 87124

    /s/ Hue Banh
    Hue Banh