UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:   MARILYN B. CAVANAUGH,                              No. 20-10485-j13

Debtor.

## ORDER CONTINUING FINAL HEARING

An Order Resulting from Status Conference held September 10, 2020 (Docket No. 44) set a final hearing date and time of October 20, 2020 at 1:30 p.m. for the following matters:

   a.   Motion to Strike Notice of Withdrawal of Secured Creditor CitiMortgage, Inc.; its Assignees and/or Successors, by and through its servicing agent Cenlar FSB's Proof of Claim Dated May 11, 2020 (Docket #31); and Objection to Motion for order Allowing Withdrawal of CitiMorgtage, Inc.'s Proof of Claim dated May 1,2 020 Pursuant to Bankruptcy Rule 3006 (Docket #33) ("Motion to Strike" - Docket No. 36);

   b.   Motion for Order Allowing Withdrawal of CitiMortgage, Inc.'s Proof of Claim dated May 1, 2020 Pursuant to Bankruptcy Rule 3006 ("Motion to Withdraw Claim" – Docket No. 33); and

   c.   Objection to Claim of CitiMortgage (Claim #9) (Docket No. 29).

The final hearing on confirmation of Debtor's chapter 13 plan has been rescheduled for November 17, 2020 at 1:30 p.m.

WHEREFORE, IT IS HEREBY ORDERED that the final hearing on the Motion to Strike, the Motion to Withdraw Claim, and the Objection to Claim of CitiMortgage (Claim #9) is continued to **November 17, 2020** at **1:30 p.m.** in the Gila Courtroom, 5th Floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

ORDERED FURTHER that the deadlines for the parties to file and serve witness and exhibit lists and to exchange exhibits set forth in the Order Resulting from Status Conference held September 10, 2020 is extended to **November 10, 2020**. Any counsel requiring authentication of any exhibit must so notify in writing the offering counsel by **November 12, 2020**, or objection to authenticity will be waived. All other provisions of the Order Resulting from Status Conference held September 10, 2020 remain in effect.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: October 19, 2020

COPY TO:

Joel Alan Gaffney
Attorney for Debtor
Gaffney Law, PC
6565 America's Parkway #200
Albuquerque, NM 87110

Jason C Bousliman
Attorney for CitiMortgage, Inc.
McCarthy & Holthus, LLP
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113

Tiffany M. Cornejo
Chapter 13 Trustee
625 Silver Avenue SW, Suite 350
Albuquerque, NM 87102-3111