## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW MEXICO

IN RE:

    Marilyn B. Cavanaugh,

        Debtor                        Case No. 20-10485-ja13

### REQUEST TO APPEAR BY VIDEO

      CitiMortgage, Inc. ("Creditor"), enters its request in this matter through its counsel, McCarthy & Holthus, LLP (Jason Bousliman, Esq.), and requests to be allowed to appear by Video at the hearing on 11/17/2020 at 1:30 PM. The person to appear by video is Raymond Crawford from Cenlar FSB who is the entity servicing the loan on behalf of CitiMortgage, Inc.

                 McCARTHY & HOLTHUS, LLP


             By:  /s/  Jason Bousliman
                Jason Bousliman, Esq.
                Attorney for Creditor
                6501 Eagle Rock NE, Suite A-3
                Albuquerque, NM 87113
                (505) 219-4900
                Email: jbousliman@mccarthyholthus.com


      On 11/12/2020, I served the foregoing pleading on the following through the Court's CM/ECF system:

DEBTOR(S) COUNSEL                        CASE TRUSTEE
Joel Alan Gaffney                           Tiffany M. Cornejo
joel@gaffneylaw.com                     courtemail@ch13nm.com


                /s/ Raquel Rivera
                Raquel Rivera

On 11/12/2020, I served the foregoing pleading on the following through first class United States Mail at San Diego, California, enclosed in a sealed envelope, with postage prepaid:

DEBTOR
Marilyn B. Cavanaugh, 21 Castle Rock Rd SE, Rio Rancho, NM 87124

US TRUSTEE
PO Box 608, Albuquerque, NM 87103-0608

BORROWER(S)
Richard Cavanaugh, 21 Castle Rock Rd Se, Rio Rancho, NM 87124

/s/ Hue Banh
Hue Banh

Request to Appear by Video
MH# NM-20-161448