# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

**Marilyn B. Cavanaugh**

    **Debtor**             Case No. 20-10485-ja13

### CITIMORTGAGE, INC.'S LIST OF WITNESSES AND EXHIBITS FOR EVIDENTIARY HEARING

CitiMortgage, Inc., by and through its undersigned attorney, hereby submits the following List of Witnesses and Exhibits:

**I.  WITNESSES:**

1. Raymond Crawford, Cenlar FSB, servicer on behalf of CitiMortgage, Inc.
2. Richard Keith Cavanaugh, Borrower.
3. Any and all witnesses noticed by Debtor.

**II.  EXHIBITS:**

1. Mortgage for the property generally known as 21 Castle Rock Rd Se, Rio Rancho, NM 87124-3999.
2. Assignment for the property generally known as 21 Castle Rock Rd Se, Rio Rancho, NM 87124-3999.
3. Copy of Original Promissory Note generally known as 21 Castle Rock Rd Se, Rio Rancho, NM 87124-3999.
4. Divorce Decree dated 4/3/2012.
5. Loan Modification(s) dated 10/13/2014 and 3/17/2017.
6. Original Borrower, Richard Keith Cavanaugh's Answer to Complaint.
7. Filed Proof of Claim

File No.  NM-20-161448
List of Witnesses and Exhibits, Case No. 20-10485-ja13
Case 20-10485-j13    Doc 52    Filed 11/13/20    Entered 11/13/20 16:59:35 Page 1 of 2

8. Invoices in support of Attorney Fees and Costs per Proof of Claim.

9. All information or exhibits that are part of the record in this case.

10. All exhibits presented by Debtor.

CitiMortgage, Inc. reserves the right to amend and/or supplement this List of Witnesses and Exhibits in response to any disclosure made by the Debtor.

Date: November 13, 2020    **McCarthy & Holthus, LLP**

By:  /s/ Jason Bousliman
Jason Bousliman, Esq.
Attorney for Movant,
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113
(505) 219-4900
jbousliman@mccarthyholthus.com

File No. NM-20-161448
List of Witnesses and Exhibits, Case No. 20-10485-ja13
Case 20-10485-j13    Doc 52    Filed 11/13/20    Entered 11/13/20 16:59:35 Page 2 of 2