# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

**Marilyn B. Cavanaugh**

    **Debtor**                        Case No. 20-10485-ja13

## CITIMORTGAGE, INC.'S AMENDED LIST OF WITNESSES FOR EVIDENTIARY HEARING

CitiMortgage, Inc., by and through its undersigned attorney, hereby submits the following List of Witnesses and Exhibits:

**I.**   **WITNESSES:**

1. Chad Parish, Cenlar FSB, servicer on behalf of CitiMortgage, Inc.

2. Richard Keith Cavanaugh, Borrower.

3. Any and all witnesses noticed by Debtor.

CitiMortgage, Inc. reserves the right to amend and/or supplement this List of Witnesses and Exhibits in response to any disclosure made by the Debtor.


Date: December 4, 2020         **McCarthy & Holthus, LLP**

                                      By:  /s/ Jason Bousliman
                                            Jason Bousliman, Esq.
                                            Attorney for Movant,
                                            6501 Eagle Rock NE, Suite A-3
                                            Albuquerque, NM 87113
                                            (505) 219-4900
                                            jbousliman@mccarthyholthus.com

# CERTIFICATE OF SERVICE

On 12/4/2020, I served the foregoing **CITIMORTGAGE, INC.'S AMENDED LIST OF WITNESSES** on the following individuals by electronic means through the Court's ECF program

| **DEBTOR(S) COUNSEL** | **CASE TRUSTEE** |
|---|---|
| Joel Alan Gaffney | Tiffany M. Cornejo |
| joel@gaffneylaw.com | bankruptcy@ch13nm.com |

/s/ Raquel Rivera
Raquel Rivera

On 12/4/2020, I served the foregoing **CITIMORTGAGE, INC.'S AMENDED LIST OF WITNESSES** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Marilyn B. Cavanaugh, 21 Castle Rock Rd SE, Rio Rancho, NM 87124

US TRUSTEE
PO Box 608, Albuquerque, NM 87103-0608

BORROWER(S)
Richard Cavanaugh, 21 Castle Rock Rd Se, Rio Rancho, NM 87124

/s/ Hue Banh
Hue Banh