# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

**Marilyn B. Cavanaugh**

    **Debtor**                                  Case No. 20-10485-ja13

## CITIMORTGAGE, INC.'S AMENDED LIST OF EXHIBITS FOR EVIDENTIARY HEARING

CitiMortgage, Inc., by and through its undersigned attorney, hereby submits the following List of Witnesses and Exhibits:

**I.   EXHIBITS:**

1. Mortgage for the property generally known as 21 Castle Rock Rd Se, Rio Rancho, NM 87124-3999.

2. Assignment for the property generally known as 21 Castle Rock Rd Se, Rio Rancho, NM 87124-3999.

3. Copy of Original Promissory Note generally known as 21 Castle Rock Rd Se, Rio Rancho, NM 87124-3999.

4. Divorce Decree dated 4/3/2012.

5. Loan Modification(s) dated 10/13/2014 and 3/17/2017.

6. Original Borrower, Richard Keith Cavanaugh's Answer to Complaint.

7. Filed Proof of Claim

8. Communications regarding Debtor's request to become a Successor in Interest.

9. Invoices in support of Property Inspections

10. Invoices in support of Attorney Fees and Costs per Proof of Claim.

11. All information or exhibits that are part of the record in this case.

12. All exhibits presented by Debtor.

CitiMortgage, Inc. reserves the right to amend and/or supplement this List of Witnesses and Exhibits in response to any disclosure made by the Debtor.

Date: December 10, 2020     **McCarthy & Holthus, LLP**

                            By:   /s/  Jason Bousliman
                                  Jason Bousliman, Esq.
                                  Attorney for Movant,
                                  6501 Eagle Rock NE, Suite A-3
                                  Albuquerque, NM 87113
                                  (505) 219-4900
                                  jbousliman@mccarthyholthus.com

## CERTIFICATE OF SERVICE

On 12/10/2020, I served the foregoing CITIMORTGAGE, INC.'S AMENDED LIST OF EXHIBITS on the following individuals by electronic means through the Court's ECF program

| **DEBTOR(S) COUNSEL** | **CASE TRUSTEE** |
|---|---|
| Joel Alan Gaffney | Tiffany M. Cornejo |
| joel@gaffneylaw.com | bankruptcy@ch13nm.com |

/s/ Raquel Rivera
Raquel Rivera

On 12/10/2020, I served the foregoing CITIMORTGAGE, INC.'S AMENDED LIST OF EXHIBITS on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Marilyn B. Cavanaugh, 21 Castle Rock Rd SE, Rio Rancho, NM 87124

US TRUSTEE
PO Box 608, Albuquerque, NM 87103-0608

BORROWER(S)
Richard Cavanaugh, 21 Castle Rock Rd Se, Rio Rancho, NM 87124

/s/ Hue Banh
Hue Banh

File No. NM-20-161448
Certificate of Service, Case No. 20-10485-ja13
Case 20-10485-j13    Doc 57    Filed 12/10/20    Entered 12/10/20 15:33:37 Page 3 of 3