UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes

PRELIMINARY HEARING
Before the Honorable Robert H. Jacobvitz

_x_ Patti G. Hennessy, Law Clerk
_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
TIME COMMENCED:____10:28 am ___
**01/26/2021 09:00 am**

MATTER/APPEARANCES/CASE NAME/NUMBER:
Status Conference

Dtr: Joel Gaffney, phone
Tr: Tiffany Cornejo, phone
CitiMortgage: Jason Bousliman, phone

Marilyn B. Cavanaugh, Case No. 20-10485-j13

**SUMMARY:**
**Status conference continued to 2/23/21 at 9:00 a.m.**