## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

MARILYN B. CAVANAUGH

Debtor(s).

Under Chapter 13
Case No.  20-10485 JA

## CHAPTER 13 TRUSTEE'S OBJECTION
## TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

COMES NOW, Tiffany M. Cornejo, Chapter 13 Standing Trustee and objects to the confirmation of Debtor's First Amended Chapter 13 Plan. In support of thereof, Trustee states as follows:

1. **Completion**: Debtor's plan payments are insufficient to pay all allowed claims as set forth in the Chapter 13 Plan. Debtor must provide a plan payment sufficient to pay all claims as proposed by the Plan.

2. **Leave to Amend**: The chapter 13 trustee reserves the right to interpose additional objections upon the filing of any amendments to the debtor's plan, schedules and statement of affairs upon the debtor's providing the documentation requested above and upon the debtor's providing documentation verifying income and expenses and proof of insurance.

WHEREFORE, the Chapter 13 Trustee respectfully requests that the Court deny confirmation of the Debtors' plan and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/Tiffany M. Cornejo
TIFFANY M. CORNEJO, Trustee
Chapter 13 Standing Trustee
625 Silver SW, Ste. 350
Albuquerque, NM  87102
Telephone: (505) 243-1335
Facsimile: (505) 247-2709
Email: orders@ch13nm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 5th day of March 2021 with the correct postage prepaid and deposited in the U.S. Mail.

Marilyn Cavanaugh
21 Castle Rock Rd. SE
Rio Rancho, NM 87124

/s/JoAnne Encinias