Fill in this information to identify the case:

Debtor 1      Marilyn B. Cavanaugh

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO
                                                                                 (State)
Case number    20-10485-ja13

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges                    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

**Name of creditor:** CitiMortgage, Inc.              **Court claim no.** (if known): 9

**Last 4 digits of any number you use to identify the debtor's account:**  6793

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 05/12/ Filing POC $500.00 & Filling 410A Form $250.00 | (5) | $ 750.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: Mailing Fees for POC | 05/12/2020 | (11) | $ 5.40 |
| 12. | Other. Specify: NM Gross Receipts Tax for POC | 05/12/2020 | (12) | $ 59.07 |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Marilyn B. Cavanaugh | Case number (if known) | 20-10485-ja13 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

X☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X

/s/ Jason Bousliman
Attorney For Creditor

Date  8/25/2020

**Print:** Jason Bousliman, Esq.
   First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  McCarthy & Holthus, LLP

Address  6501 Eagle Rock NE, Suite A-3
   Number    Street
Albuquerque, NM 87113
   City State ZIP Code

Contact phone  505-219-4900

Email  bknotice@mccarthyholthus.com

# CERTIFICATE OF SERVICE

On 8/26/2020, I served the foregoing NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES on the following individuals by electronic means through the Court's ECF program

**DEBTOR(S) COUNSEL**
Joel Alan Gaffney
joel@gaffneylaw.com

**CASE TRUSTEE**
Tiffany M. Cornejo
bankruptcy@ch13nm.com

/s/ Raquel Rivera
Raquel Rivera

On 8/26/2020, I served the foregoing NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Marilyn B. Cavanaugh, 21 Castle Rock Rd SE, Rio Rancho, NM 87124

/s/ Hue Banh
Hue Banh